CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 18 2006

JOHN F. CORCORAN, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| VINCENT PARKS, ) | |
| Plaintiff, ) | Civil Action No. 7:06-CV-00461 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| TRAVIS WARD, ) | By: Samuel G. Wilson |
| Defendant. ) | United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby **ADJUDGED** and **ORDERED** that this action shall be and hereby is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1), all other pending motions **DENIED** as **MOOT**, and this case will be **STRICKEN** from the active docket of the court.

Parks is hereby advised that he may appeal this decision pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure by filing a notice of appeal with this court within 30 days of the date of entry of this Order, or within such extended period as the court may grant pursuant to Rule 4(a)(5).

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to the plaintiff and counsel of record for the defendant, if known.

**ENTER**: This 18th day of August, 2006.

_____
UNITED STATES DISTRICT JUDGE